# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER TOTH, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 17-0429 |
| BETHEL TOWNSHIP et al., | : | |
| Defendants. | : | |

## ORDER

This 24th day of May, 2017, upon consideration of Defendants' Partial Motion to Dismiss and Plaintiff's Response thereto, it is hereby **ORDERED** that Defendants' Motion (Dkt. 13) is **DENIED** as to the procedural due process claim against Defendant Tom Worrilow but **GRANTED** in all other respects.

      /s/ Gerald Austin McHugh
United States District Judge